JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIDIA ARELLANO, | Case No.: CV 16-06928 JDE |
| Plaintiff, | |
| vs. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Court's Order.

DATED: August 17, 2017

JOHN D. EARLY
United States Magistrate Judge